Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Patrick, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Nick Henderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

NICK HENDERSON

    Plaintiff,

v.

TRANSUNION LLC, et. al.,

    Defendants.

Civil Case No.: 2:23-cv-01202-MCE-JDP

**ORDER**

### ORDER

Pursuant to the stipulation of the Parties, Defendant TransUnion LLC is dismissed with prejudice from the above-captioned action, and each party shall bear its own attorneys' fees and costs. This case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated: October 12, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE