Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Telephone: 916-290-7778
Facsimile: 916-282-0771

Attorney for Plaintiff
Nick Henderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| NICK HENDERSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.<br><br>　　　　Defendants. | Case No.: 2:23-cv-01202-MCE-JDP<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, Equifax Information Services, LLC is dismissed with prejudice and each party shall bear its own attorneys' fees and costs. This case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated:  February 26, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE